IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHERYNNE W. PRYOR-KENDRICK                                    PLAINTIFF

       v.       Civil No. 05-5177

BONNIE RAE NEWTON; RAY NEWTON;
PENNY SUE ROLLER; and RAYMOND
LEE ROLLER                                                      DEFENDANTS

## O R D E R

Now on this 2nd day of December, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #7), and plaintiff's **Objections** thereto (document #8), and the Court, having carefully reviewed both documents carefully, finds that the Report And Recommendation is sound in all respects, and that it should be adopted *in toto*.

Plaintiff's Objections, to the extent they can be deciphered (much of the document is illegible) do not fairly meet the substance of the Report And Recommendation, and offer no basis for rejecting the Report And Recommendation, and are, therefore, overruled.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                                                /s/ Jimm Larry Hendren
                                                             **JIMM LARRY HENDREN**
                                                             **UNITED STATES DISTRICT JUDGE**